## UNITED STATES DISTRICT COURT       EASTERN DISTRICT OF TEXAS

TIMOTHY CHARLES LEE,       §
      §
          Plaintiff,       §
      §
*versus*       §       CIVIL ACTION NO. 1:16-CV-221
      §
UNITED STATES OF AMERICA,       §
      §
          Defendant.       §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Timothy Charles Lee, an inmate confined at the Federal Correctional Institution in Cumberland, Maryland, proceeding *pro se*, brought this lawsuit concerning the medical care he received while confined at the Federal Correctional Complex located in Beaumont, Texas.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed as frivolous and for failing to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**So ORDERED and SIGNED this 21st day of September, 2017.**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE